UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| PAUL and YOLANDA FISCHER, | ) | 3:16-cv-00126-MMD-WGC |
| | ) | |
| Plaintiffs, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | March 28, 2016 |
| | ) | |
| WELLS FARGO BANK, N.A., | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>  Katie Lynn Ogden  </u>      REPORTER:    <u>          FTR           </u>

COUNSEL FOR PLAINTIFFS:  <u> Wayne Pressel (telephonically)          </u>

COUNSEL FOR DEFENDANT:   <u> Tanya Peters (telephonically)          </u>

**MINUTES OF PROCEEDINGS: Status Conference**

10:02 a.m.  Court convenes.

The court addresses the parties' stipulation for an open extension of time for Wells Fargo Bank, N.A. ("Wells Fargo") to file its responsive pleading and response to the Application for Preliminary Injunction (ECF No. 6).

Plaintiffs' counsel explains efforts are being made by both the Plaintiffs and Defendant to secure a loan modification before further litigation is necessary.  Mr. Pressel states Plaintiffs intend to submit the application for loan modification timely, which the deadline to do so is March 31, 2016.

Counsel for Defendant states it is Wells Fargo's preference at this time to pursue loan modification.  Ms. Peters indicates, so long as the Plaintiffs submit their application for the loan modification before or by the deadline, Wells Fargo will forgo any action to foreclose pending a decision on the loan modification application.  Ms. Peters further explains, to adequately evaluate the loan application, the process will take approximately 90-120 days to complete.  Mr. Pressel agrees the time period suggested by Ms. Peters is accurate and sufficient time for the review process once the loan application is submitted.

Minutes of Proceedings
3:16-cv-00126-MMD-WGC
March 28, 2016

  After hearing from counsel and considering the parties' request for an open extension of time, the court finds an extension of time is reasonable; however, the court will not grant an indefinite extension of time.

  Therefore, IT IS ORDERED the parties' Stipulation to Extend Defendant Wells Fargo Bank, N.A.'s Time to Respond to Plaintiffs' Complaint (ECF No. 6) is GRANTED IN PART and DENIED IN PART.  The court schedules a status conference for **Thursday, 6/30/2016, at 10:00 a.m.**, at which time the court will readdress the deadline for Wells Fargo to file its responsive pleading and response to the Application for Preliminary Injunction.  Counsel wishing to appear telephonically shall dial **1-877-873-8017**, enter the access code **3416460**, and enter the security code **63016** approximately five (5) minutes prior to the hearing.

  The parties are directed to file an interim status report no later than **Tuesday, 5/31/2016** to advise the court of the status of the application for loan modification.  After reviewing the anticipated interim status report, and the court determines the status conference should be accelerated, the courtroom deputy will contact counsel.

  There being no additional matters to address at this time, court adjourns at 10:13 a.m.

**IT IS SO ORDERED.**

            LANCE S. WILSON, CLERK

            By: _____/s/_____
              Katie Lynn Ogden, Deputy Clerk